UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>   Plaintiff,<br><br> v.<br><br>BECK K PRIMEDIANETWORK,<br><br>   Defendant. | Case No. 4:25-cv-03485-KAW<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 6 |

Plaintiff filed this civil action and an application to proceed in forma pauperis ("IFP"). On May 15, 2025, the Court denied the IFP application as incomplete, and Plaintiff was ordered to file an amended IFP application or pay the filing fee by June 6, 2025. (Dkt. No. 6 at 1.) To date, Plaintiff has not filed an amended IFP application or paid the filing fee.

Accordingly, the Court ORDERS Plaintiff to show cause, by **July 22, 2025**, why the case should not be dismissed for failure to pay the filing fee. In responding, Plaintiff must explain why he did not timely file an amended IFP application or pay the filing fee as ordered. Additionally, by July 22, 2025, Plaintiff is ordered to either file an amended IFP application or pay the filing fee. Failure to respond to the order to show cause and either pay the filing or file an amended IFP application by the deadline may result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to pay the filing fee.

Finally, the Court continues the July 29, 2025 case management conference to October 21, 2025 at 1:30 PM via videoconference. The joint case management statement is due on or before October 14, 2025.

IT IS SO ORDERED.

Dated: June 26, 2025

                _____
                KANDIS A. WESTMORE
                United States Magistrate Judge